47 So.2d 251

### Ex parte STATE ex rel. ATLANTIC COAST LINE R. CO.

6 Div. 970.

Supreme Court of Alabama.
June 22, 1950.

Graham, Bibb, Wingo & Foster, of Birmingham, for petitioner.

Jackson, Rives & Pettus, of Birmingham, for respondent.

Cabaniss & Johnston, of Birmingham, amicus curiae.

LIVINGSTON, Justice.

The issues raised in this case are identical with the issues raised in the case of Ex

parte State ex rel. Southern Railway Co., ante, p. 10, 47 So.2d 249.

It therefore follows as our conclusion that the respondent properly declined to entertain petitioner's motion. The writ of mandamus is denied.

Mandamus denied.

BROWN, FOSTER, LAWSON, SIMPSON and STAKELY, JJ., concur.